COUNTY COURT, Arapahoe COUNTY, COLORADO
1790 W Littleton Blvd, Littleton, CO 80120
Court Tel. No. 303.649.6355 ext 9

Plaintiff(s): Woodhaven Management

v.

Defendant(s): Naytasha Gatewood And All Other Occupants.

△ FOR COURT USE ONLY △

Case Number:

Tschetter Hamrick Sulzer, P.C.
3600 S Yosemite St. # 828
Denver, CO 80237
Phone No. 303.766.8004
Attorney Reg. No. 18433

## COMPLAINT UNLAWFUL DETAINER AND MONEY CLAIM

Plaintiff, Woodhaven Management, by its/their/his/hers attorneys, Tschetter Hamrick Sulzer, P.C. for its Complaint in Unlawful Detainer and Money Demand, against the Defendant(s) and all other occupants hereafter referred to as Defendant(s), alleges as follows

### GENERAL ALLEGATIONS

1. Plaintiff is the owner/manager/agent of 7470 E Harvard Ave # L-108, Denver, CO 80231 ( the "premises"). Defendant(s) reside at the above address and are residents of Arapahoe County Colorado. The amount sought in this action does not exceed $15,000.00. The Defendant(s) is/are not minors, incompetents, in the military service, nor an office, agency, or instrumentality of the State of Colorado. If applicable, Plaintiff consents to a Magistrate presiding at all hearings.

### UNLAWFUL DETAINER

2. The premises are located in Arapahoe County, Colorado. The Defendant(s) entered into a lease or contract with Plaintiff and/or occupy the premises. The Defendant(s) has/have defaulted on the lease or contract by failing to pay rent or amounts required under the terms of the lease or contract and/or by failing to comply with terms, conditions, and/or covenants of the lease or contract and/or the Defendant(s) no longer have any rights to occupy the premises. The Defendant(s) was/were served with all legal notice(s) and/or demand(s) concerning their occupancy of the premises. A copy of the notice(s) and/or demand(s) with fully executed Return of Service(s) is attached and incorporated by reference. Despite Plaintiff's Demands and/or Notices, Defendant(s) has/have refused to pay amounts owing and/or comply with lease or contract and/or cure their defaults and noncompliance with the lease or contract and/or vacate the premises, and continue to wrongfully hold possession of the premises in violation of the lease or contact and/or the law, and without the consent and permission of Plaintiff(s).

### MONEY CLAIM

3. Defendant(s) entered into a lease or contract with Plaintiff. Defendant(s) have breached the lease by failing to make payments pursuant to the lease or contract with Plaintiff, and Plaintiff has suffered damages. And/or Plaintiff provided the use of rental property to the Defendant(s) with the reasonable expectation the Defendant(s) would pay the reasonable rental value. Defendant(s) accepted the use of the rental property expecting to pay for the use or reasonably should have known that Plaintiff expected to be paid the reasonable market value for the use of the rental property, and Plaintiff has suffered recoverable damages under the theories of quantum meruit, express contract, implied contract, unjust enrichment, statutory or agreed interest, and/or Defendant, as tenant, has failed to maintain premises and is liable for damages to the property pursuant to C.R.S. § 38-12-501 et seq and/or the lease.

4. The amount current claimed from the Defendant(s) through the date of this complaint is $1197.67, plus costs, attorneys' fees, and interest at a rate of 8% per annum as allowed by lease or statute. The amount claimed is subject to change after possession is restored to Plaintiff and a deposit accounting is completed per C.R.S. §38-12-103, should such accounting be required. The final amount claimed will be set forth in the Move Out Statement and will be mailed to the Defendant(s) and filed with this court when the Plaintiff applies for the Money Judgment.

5. To the extent provided for in the lease and/or statute, Plaintiff seeks an award of its reasonable attorneys' fees, costs and interest from the Defendant(s).

6. Plaintiff does not demand a trial by jury

WHEREFORE, Plaintiff Woodhaven Management respectfully requests that the Court grant judgment for possession against Defendant(s) Naytasha Gatewood AND ALL OTHER OCCUPANTS, jointly and severally, for damages, costs, interest and attorneys' fees as allowed by statute and/or contract, and for such further and other relief as the Court may deem just and appropriate.

DATED: 12/12/2017

                Tschetter Hamrick Sulzer, P.C.
                Signature On File
                By: \s\ Mark Tschetter
                Mark N. Tschetter Reg # 18433
                Victor L. Sulzer Reg #24804

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CERTIFICATE OF MAILING

I, the undersigned agent for the Plaintiff, certify that on 12/12/2017, I mailed a copies of the Summons, Complaint in Unlawful Detainer with all attached exhibits, and Answer Form, Woodhaven Management (Plaintiff) v. Naytasha Gatewood, AND ALL OTHER OCCUPANTS (Defendant(s)), Arapahoe County Court, by postage prepaid, first class mail, to the Defendant(s) addressed as follows:

Naytasha Gatewood, and All Other Occupants
7470 E Harvard Ave # L-108
Denver, CO 80231

                By: \S\ Tom Gibbs
                Original on File

Apartment Name: Timberline Apartments

# THREE DAY NOTICE

12/5/2017

To: Naytasha Gatewood
7470 East Harvard Avenue
#L108
Denver, CO 80231

Naytasha Gatewood and any, and all other occupants of the premises described below, you are hereby notified that the sum of $1,197.67, for rent for December is now due and owing to the undersigned in connection with your occupancy of the premises situated in the Denver, CO, and commonly known as Timberline Apartments; together with the appurtenances thereunto appertaining.

Demand is hereby made upon you for payment of said sum; and you are further notified hereby that, unless such payment is made in full by you on or before the expiration of three (3) days after service of this notice upon you, your tenancy of said premises will be terminated.

ONLY FULL PAYMENT of rent demanded in this notice will waive the Landlord's right to terminate the lease under this notice. PAYMENT MUST BE MADE BY WIPS Cards OR BY BANK ISSUED CASHIERS CHECKS. NO MONEY ORDERS OR PERSONAL CHECKS.

Your tenancy is being terminated because of material noncompliance with the lease, in that you have failed to pay the following as required by your lease.

| Description | Unpaid Amount |
|---|---|
| Rent | 1,142.67 |
| Late Charges* Additional $5 per day until paid | 55.00 |
| Other | |

Total amount now due.................. $1,197.67

The demand is made pursuant to § 13-40-104(1)(d), C.R.S., as a result of your breach of the above described covenants and conditions of the Lease. You are further advised that the Landlord does not elect to terminate the Lease. This demand is without prejudice to the Landlord's rights and privileges under the Lease, and under the laws of the state of Colorado, none of which is waived by virtue of this demand.

_____          12/5/17
Landlord/Agent of Landlord  Timberline Apartments          Date

RETURN OF SERVICE, STATE OF COLORADO, Denver County/ Arapahoe County. I declare under oath that I am 18 years old and that I served the foregoing Demand for Rent or Possession on the above listed Tenant(s) at the above listed address, on (date served) 12/5/17

By (Check One):

____ By handing it to a person identified to _____ (Resident)

✓ I have made diligent efforts to personally serve this Demand, I have made service of the forgoing Demand for Rent or Possession by posting a copy of it in a conspicuous place upon the premises described therein.

Sign Name: _____     Date signed: 12/5/17